ACCEPTED
15-25-00186-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 2:45 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 2:45:46 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00186-CV

# In the Court of Appeals for the Fifteenth Judicial District, Austin, Texas

THE CAMERON COUNTY HOUSING FINANCE CORPORATION
AND THE TEXAS WORKFORCE HOUSING COALITION,

*Appellants,*

v.

WILLIAMSON COUNTY, SIENA MUNICIPAL UTILITY DISTRICT NO. 1,
AND SIENA MUNICIPAL UTILITY DISTRICT NO. 2,

*Appellees.*

On Appeal from the
425th Judicial District, Williamson County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Blake W. Stribling
 State Bar No. 24070691
Daniel J. Lecavalier
 State Bar No. 24129028
Chasnoff Stribling, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155
Facsimile: (210) 855-9898
*bstribling@chasnoffstribling.com*
*dlecavalier@chasnoffstribling.com*

Allyson N. Ho
 State Bar No. 24033667
Benjamin D. Wilson
 State Bar No. 24084105
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
*aho@gibsondunn.com*
*bdwilson@gibsondunn.com*

COUNSEL FOR APPELLANTS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellants Cameron County Housing Finance Corporation ("CCHFC") and Texas Workforce Housing Coalition ("TWHC") file this unopposed motion seeking a 30-day extension of time, until and including **January 16, 2026**, to file their Appellants' Brief.

1. The 425th District Court entered its final judgement on September 15, 2025.

2. CCHFC timely filed its notice of appeal on October 14. *See* Tex. R. App. P. 26.1. TWHC timely filed its notice of appeal on October 27, within 14 days of CCHFC's notice of appeal. *See* Tex. R. App. P. 26.1(d).

3. The Clerk's Record was filed on November 14, and the Reporter's Record was filed on November 17, making Appellants' opening brief due December 17, 2025. *See* Tex. R. App. P. 38.6(a).

4. Appellants respectfully request a 30-day extension of the deadline, to Friday, January 16, 2026. *See* Tex. R. App. P. 38.6(d).

5. This is Appellants' first request for an extension of time. *See* Tex. R. App. P. 10.5(b)(D).

6. Appellants have good cause to request this extension.

Appellants request this extension to allow their counsel an opportunity to fully analyze and brief the issues to be presented to this Court.

7. An extension is also necessary because of several scheduling conflicts in other matters involving Appellants' counsel. In addition to preparing an opening brief in this case, Appellants' counsel must also devote time to the following additional matters in December and January: *In re Turner*, No. 25-0114 (Tex.); *In re Daniels*, No. 25-0121 (Tex.); *In re Peterman*, No. 25-0129 (Tex.); *In re Edwards*, No. 25-0094 (Tex.); *Alta Power, LLC v. General Electric International, Inc.*, No. 25-10774 (5th Cir.); *In re AT&T Inc. Securities Litigation*, No. 3:24-cv-01196 (N.D. Tex.); *Blum v. AT&T Corp.*, No. 6:23-cv-01748 (W.D. La.); *Hurley v. AT&T Corp.*, No. 3:25-cv-01755-JFS (M.D. Pa.); *Drees v. AT&T Servs., Inc.*, No. 1:25-cv-00933-MN (D. Del.); *American Beverage Association et al., v. Paxton*, No. 6:25-cv-00566 (W.D. Tex.).

8. In addition, Appellants' counsel presented oral argument before the Supreme Court of the United States on December 3, 2025, in *Olivier v. City of Brandon*, No. 24-993. Preparation for the oral argument further hindered the ability of Appellants' counsel to devote substantial time to the briefing in this case.

9. Appellees do not oppose this request.

## PRAYER

For these reasons, Appellants respectfully request that this Court grant a 30-day extension of time, to Friday, January 16, 2026, to file their opening brief.

Dated:        December 10, 2025        Respectfully submitted,


/s/ *Daniel J. Lecavalier*
Blake W. Stribling
   State Bar No. 24070691
Daniel J. Lecavalier
   State Bar No. 24129028
Chasnoff Stribling, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone:  (210) 469-4155
Facsimile:  (210) 855-9898
*bstribling@chasnoffstribling.com*
*dlecavalier@chasnoffstribling.com*

/s/ *Allyson N. Ho*
Allyson N. Ho
   State Bar No. 24033667
Benjamin D. Wilson
   State Bar No. 24084105
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
*aho@gibsondunn.com*
*bdwilson@gibsondunn.com*


COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellants has conferred with counsel for Appellees, who indicated that this motion is unopposed.

/s/ *Allyson N. Ho*
Allyson N. Ho

## CERTIFICATE OF SERVICE

I certify that, on December 10, 2025, a true and correct copy of this motion was served via electronic service on all counsel of record.

Thad D. Spalding
Rick Thompson
DURHAM, PITTARD & SPALDING LLP
PO Box 224626
Dallas, Texas 75222
*tspalding@dslawgroup.com*
*rthompson@dpslawgroup.com*

R. Mark Dietz
Douglas G. Cornwell
DIETZ & JARRARD, PC
106 Fannin Ave. East
Round Rock, Texas 78664
*mdietz@lawdietz.com*
*dcornwell@lawdietz.com*

David A. King
Jeffrey J. Hobbs
ARMBRUST & BROWN, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
*dking@abaustin.com*
*jhobbs@abaustin.com*

/s/ *Allyson N. Ho*
Allyson N. Ho

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeanine Broyles on behalf of Allyson Ho
Bar No. 24033667
JBroyles@gibsondunn.com
Envelope ID: 108948938
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Opening Brief
Status as of 12/10/2025 3:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allyson N.Ho | | AHo@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| John T.Cox | | TCox@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Benjamin D.Wilson | | bdwilson@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Wendy Cassidy | | WCassidy@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| TX-MAO TX-MAO | | pacer-tx@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Bryan Sohn | | bsohn@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Jason Kenny | | jkenny@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Jed (JT) Greenberg | | jtgreenberg@gibsondunn.com | 12/10/2025 2:45:46 PM | SENT |
| Blake WStribling | | bstribling@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Daniel J. Lecavalier | | dlecavalier@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Christopher Schluter | | schluter@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Emily Mabry | | emabry@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 12/10/2025 2:45:46 PM | SENT |
| Thad Spalding | 791708 | tspalding@dpslawgroup.com | 12/10/2025 2:45:46 PM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 12/10/2025 2:45:46 PM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 12/10/2025 2:45:46 PM | SENT |
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 12/10/2025 2:45:46 PM | SENT |
| Douglas Cornwell | 24009024 | dcornwell@lawdietz.com | 12/10/2025 2:45:46 PM | SENT |
| R. Mark Dietz | 5857200 | mdietz@lawdietz.com | 12/10/2025 2:45:46 PM | SENT |
| David King | 24083310 | dking@abaustin.com | 12/10/2025 2:45:46 PM | SENT |